# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LeadingAge Minnesota, Care Providers of Minnesota, and Yona Northstar LLC, | Civil File No. 26-cv-01816 (NEB/DJF) |
| Plaintiffs, | **DEFENDANTS' MOTION TO DISMISS** |
| vs. | |
| Nicole Blissenbach, in her official capacity as Commissioner of the Minnesota Department of Labor and Industry, the Minnesota Department of Labor and Industry and as a member of the Minnesota Nursing Home Workforce Standards Board, and Jamie Gulley, in his official capacity as a member and chairperson of the Minnesota Nursing Home Workforce Standards Board, | |
| Defendants. | |

To:     Plaintiffs, by and through their counsel, Thomas Revnew and Lehoan Pham, Littler Mendelson, 1300 IDS Center, 80 South Eighth Street, Minneapolis, MN 55401, and Alex MacDonald, Littler Mendelson, Workplace Policy Institute, 815 Connecticut Avenue NW, Suite 400, Washington, DC 20006-4046.

PLEASE TAKE NOTICE that before the Honorable Nancy E. Brasel, Judge of the United States District Court, Defendants Nicole Blissenbach and Jamie Gulley (in their respective official capacities) move the Court for an order granting their request to dismiss Plaintiffs' complaint with prejudice and to enter judgment in their favor. This motion is made pursuant to Fed. R. Civ. P. 12(b)(6) and is based on all the files, records, and proceedings herein.

Dated:  April 9, 2026

KEITH ELLISON
Attorney General
State of Minnesota

s/ Scott A. Grosskreutz
SCOTT A. GROSSKREUTZ
Assistant Attorney General
Atty. Reg. No. 0392714
(651) 757-1402 (Voice)
scott.grosskreutz@ag.state.mn.us

LINNEA VANPILSUM-BLOOM
Assistant Attorney General
Atty. Reg. No. 0403783
(651) 757-1212 (Voice)
linnea.vanpilsum-bloom@ag.state.mn.us

445 Minnesota Street, Suite 600
St. Paul, MN 55101-2125
(651) 297-4139 (Fax)

ATTORNEYS FOR DEFENDANTS