# UNITED STATES DISTRICT COURT
## District of Minnesota

LeadingAge Minnesota, Care Providers of Minnesota, Yona Northstar LLC,

Plaintiff(s),

v.

Nicole Blissenbach, Jamie Gulley,

Defendant(s),

v.

SEIU Healthcare Minnesota and Iowa,

Intervenor Defendant,

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01816-NEB-DJF

---

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion to Dismiss (ECF No. 32) is GRANTED;
2. The Complaint (ECF No. 9) is DISMISSED WITH PREJUDICE; and
3. Plaintiffs' Motion for Preliminary Injunction (ECF No. 3) is DENIED AS MOOT.

Date: 8/18/2026

KATE M. FOGARTY, CLERK