UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

LEADINGAGE MINNESOTA, CARE PROVIDERS OF MINNESOTA, and YONA NORTHSTAR LLC,

Plaintiffs,

v.

KATE PERUSHEK[1], *in her official capacity as the Commissioner of the Minnesota Department of Labor and Industry and as a member of the Minnesota Nursing Home Workforce Standards Board*, and JAMIE GULLEY, *in his official capacity as a member and chairperson of the Minnesota Nursing Home Workforce Standards Board*,

Defendants,

SERVICE EMPLOYEES INTERNATIONAL UNION HEALTHCARE MINNESOTA AND IOWA,

Intervenor-Defendant.

Court File No. 0:26-cv-01816-NEB-DJF

**PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(e)**

---

[1] Under FED. R. CIV. P. 25(d), Kate Perushek is automatically substituted in as Commissioner of the Minnesota Department of Labor and Industry and member of the Minnesota Nursing Home Workforce Standards Board.

Plaintiffs respectfully move this Court for an Order to alter or amend judgment (ECF No. 76) pursuant to Federal Rule of Civil Procedure 59(e). Plaintiffs request that the Court:

1. Reopen the record to consider the newly discovered evidence discussed in Plaintiffs' supporting memorandum of law;

2. Alter or amend the judgment to, at the very least, receive the exhibits attached to the Pham Declaration into the record; and

3. Enter appropriate injunctive relief or, alternatively, conduct such further proceedings as the Court deems just and proper.

This motion is supported by the documents already on file with the Court, supporting memorandum of law, declarations and exhibits, documents filed by Defendants or Intervenor, and any to-be-filed reply memorandum.

Dated: September 14, 2026

*/s/ Lehoan T. Pham*

Thomas R. Revnew, MN Bar No. 0295620
Lehoan T. Pham, MN Bar No. 0397635
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South Eighth Street
Minneapolis, MN 55401
612.630.1000
trevnew@littler.com
hpham@littler.com

Alex T. MacDonald, DC Bar No. 1630689
(*Admitted pro hac vice*)
amacdonald@littler.com
LITTLER MENDELSON, P.C.
Workplace Policy Institute
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4046
Telephone: 202.772.2505

***Attorneys for Plaintiffs***